

# SECRETARY OF STATE

**FILED FEB 18 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

'08 MC 0072

1. Country: United States of America
   This public document

2. has been signed by Karel Valdez

3. acting in the capacity of Notary Public, State of California

4. bears the seal/stamp of Karel Valdez, Notary Public, State of California

### CERTIFIED

5. At Sacramento, California

6. the 26th day of January 2008

7. by Deputy Secretary of State, State of California

8. No. 489303

9. Seal/Stamp:

10. Signature

*/s/ Debra Bowen*
Secretary of State



NP-24 (REV. 1-07)    BY _____    OSP 07 104059

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California  } ss.

County of Monterey

I, **Linda Gayle Blumenthal**, hereby swear (or affirm) that the attached reproduction
*Name of Custodian of Original Document*

of **Act of State with Appostille** is a true, correct, and complete photocopy of a document in my possession.
*Description of Original Document*

*Linda Gayle Blumenthal*
Signature of Custodian of Original Document

**820 Park Row #684**
Address

**Salinas, California**

Subscribed and sworn to (or affirmed) before me on this **5th** day of **February**, 2008, by
Date / Month

**Linda Gayle Blumenthal**
Name of Custodian of Original Document

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*[Notary seal: MARIA ORTIZ, Commission # 1569433, Notary Public - California, Monterey County, My Comm. Expires Apr 15, 2009]*

Place Notary Seal Above

*Maria Ortiz*
Signature of Notary Public

——————— **OPTIONAL** ———————

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document Copy**
Title or Type of Document: _____

Document Date: **1/26/08**  Identifying No.: **458303**  No. of Pages: **2**

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**
- [x] Individual  [ ] Attorney  [ ] Trustee  [ ] Business Proprietor or Manager
- [ ] Corporate Officer - Title: _____
- [ ] University or School Officer - Title: _____
- [ ] Governmental Officer or Agent - Title: _____
- [ ] Other

Custodian Is Representing: _____

*Right Thumbprint Of Custodian — Top of thumb here [thumbprint image]*

Form: publici juris/Affidavit
Session: one supreme Court

Archetype

## Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, **Linda-Gayle: Blumenthal**, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **California**, a Republic, within a constitutional Township, within a constitutional County known as Monterey. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "dominium" (owner) inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person," "consumer," "individual," "citizen," "citizen-subject," plaintiff/defendant, "resident," "whoever," "taxpayer," "driver," "gun/firearm owner," "debtor," et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF CALIFORNIA, COUNTY OF MONTEREY, CITY OF SALINAS, LINDA GAYLE BLUMENTHAL, LINDA G. BLUMENTHAL, LINDA G BLUMENTHAL, LINDA BLUMENTHAL, L. GAYLE BLUMENTHAL, L. BLUMENTHAL, L.G. BLUMENTHAL, Linda Gayle Blumenthal, Linda G. Blumenthal, Linda Blumenthal, L. Gayle Blumenthal, L. Blumenthal, L.G. Blumenthal, or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule," will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **California**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: spiritual; "In the Beginning" plus Six Days:    Announcement of Diplomatic Arrival; November 18, 1947

_Linda-Gayle: Blumenthal_ ®© (Common Law);
Me; American; Christian; Private; Sentient;
Sovereign; Divine Inhabitant within North America; Within California, a Republic;
"Within" a constitutional county and a constitutional township republic.

"...at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____          _____
Divine, Sentient, and Common Law Witness        Divine, Sentient, and Common Law Witness

---

Form: publici juris/Affidavit
Session: one supreme Court

Archetype

## Act of State
### Primary Signature Certification
### Convention de la Haye du 5 octobre 1961
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention #12)

I, **Karel Valdez**, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. originating document. This is pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of California    )
County of Monterey         )    Acknowledged before me the **14th** day of **December**, 2007 A.D.

_Linda-Gayle: Blumenthal_             _Notary Signature_        [SEAL: KAREL VALDEZ, Commission # 1770832, Notary Public - California, Monterey County, My Comm. Expires Sep 29, 2011]
Autograph                                Notary Signature

Apostille Number: **489303**                                    SEAL

**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on February 12, 2008, Richard W. Fry, the undersigned Notary Public mailed to:

**CLERK OF THE COURT**
**UNITED STATES DISTRICT COURT**
**880 FRONT STREET, STE. 4290**
**SAN DIEGO, CA  92101-8900**

'08 MC 0072

hereinafter, "Recipient," the documents and sundry papers pertaining to Linda-Gayle: Blumenthal unless indicated otherwise and herein identified as follows:

01. Two copies Apostille # 489303 w/Copy Certification By Document Custodian
02. Two copies Act of State w/Copy Certification By Document Custodian
03. Lawful and Constructive Notice to the CLERK OF THE COURT
04. POSTAL MONEY ORDER # 11548414811 for $39.00
05. **DUE PRESENTMENT UNDER NOTARY SEAL**
06. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7006 0100 0000 1829 8910 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_Richard W. Fry, Notary Public_

February 12, 2008
DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside, California state

# DUE PRESENTMENT UNDER NOTARY SEAL
# DEMAND FOR PAYMENT

**Richard W. Fry, NOTARY PUBLIC**
c/o 4153 Bryan Street
Oceanside California state

'08 MC 0072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
880 FRONT STREET, STE. 4290
SAN DIEGO, CA 92101-8900

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Re: **DUE PRESENTMENT UNDER NOTARY SEAL**

Dear CLERK OF THE COURT:

Under authority of N.Y. Exec Law §135, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ 8205[1], 8208, 8209;

at the request of Linda-Gayle: Blumenthal, reportedly a real party in interest in this matter, **due presentment** under notary seal is hereby made of the following:

01. Two copies Apostille #489303 w/Copy Certification By Document Custodian
02. Two copies Act of State w/Copy Certification By Document Custodian
03. Lawful and Constructive Notice to the CLERK OF THE COURT
04. POSTAL MONEY ORDER # 11548414811 for $39.00
05. Copy of Notary Certificate of Service (signed Original of file)
06. **DUE PRESENTMENT UNDER NOTARY SEAL**

with the maker's request for you to open a Miscellaneous Evidence File. Non-performance will be certified in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

**REQUEST FOR COURT STAMPED COPY.** I have also been requested to secure, **under notary seal**, your return of a COURT STAMPED COPY of items 01, and 02, not to exclude your signature or initials, time and date stamp, and a notice of acceptance through your office.

---

[1] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, **government**, or country, may be performed by notaries.

Page 1 of 2

Failure to fulfill each of these requests within the respective deadlines will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention. WITNESS my hand and official seal.

Richard W. Fry, NOTARY PUBLIC

February 12, 2008
Date

(Seal)

Linda-Gayle: Blumenthal
c/o 820 Park Row #684
Salinas, California Republic
united States of America

February 12, 2008

CLERK OF THE UNITED
STATES DISTRICT COURT
880 FRONT STREET, STE. 4290
SAN DIEGO, CA 92101-8900

Gentle People:

'08 MC 0072

## Lawful and Constructive Notice

This court is hereby and herewith **NOTICED** that this document, along with its corresponding Apostille, is a solemn, immutable declaration of my character and Status.

Enclose you will find—

1. Two (2) certified copies of Act of State w/Apostille and California Copy Certification by Document Custodian
2. Self-addressed, stamped envelope
3. My check for $39.00 (filing fee)

Open a Miscellaneous file for me (Linda-Gayle: Blumenthal) using one **CERTIFIED** copy of Act of State w/Apostille and California Copy Certification by Document Custodian.

> *Stamp and return the second copy of the Act of State w/Apostille, and return to me in the envelope provided.*

You should keep the California Copy Certifications with the copies you use to open my Miscellaneous File.

Kindest regards,

Linda-Gayle: Blumenthal

By: Richard W. Fry, Notary Acceptor

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147616    - BH

February 13, 2008
16:29:58

Misc. Case

USAO #.: MISC. CASE FILING
Amount.:                    $39.00 MO
Check#.: 11548414811

Total-> $39.00

FROM: MISCELLANEOUS CASE FILING